# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JAMES J. ESLER,

        Plaintiff,

  v.                                                Case No. 05-C-251

SUBWAY,

        Defendant.

## ORDER DENYING MOTION FOR STAY

On July 19, 2005, judgment was entered in the above matter dismissing the plaintiff's case because plaintiff had failed to name the proper party. The dismissal was not on the merits, however, and was without prejudice. Plaintiff filed a notice of appeal from this court's judgment on July 21, 2005, and now seeks a stay of further proceedings in this court pending his appeal. Having dismissed plaintiff's action, there is no reason for a stay. The dismissal terminated the case unless and until plaintiff chose to file an amended complaint. He has not done so. Thus, there are no proceedings to stay. Accordingly, the motion is denied.

    **SO ORDERED.**

    Dated this __11th__ day of August, 2005.

                                                              s/ William C. Griesbach
                                                             William C. Griesbach
                                                             United States District Judge